**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Dwayne Mitchell LITTLEJOHN, a/k/a Manson, Defendant-Appellant.**

**No. 17-6346**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2017

Decided: July 31, 2017

Dwayne Mitchell Littlejohn, Appellant Pro Se. Donald David Gast, Assistant United States Attorney, Asheville, North Carolina; Jennifer A. Youngs, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Mitchell Littlejohn appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Littlejohn*, No. 2:08-cr-0036-MR-DLH-2 (W.D.N.C. Mar. 1, 2017). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*